UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BELLAMY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>TERESER A. BANKS, Warden,<br><br>　　　　Respondent. | NO. CV 11-8468 RGK (FMO)<br><br><br>**JUDGMENT** |

　　　IT IS ADJUDGED that the above-captioned action is dismissed for lack of jurisdiction.

DATED: October 25, 2011

　　　　　　　　　　　　　　　　　　　　　　/s/ Gary Klausner
　　　　　　　　　　　　　　　　　　　────────────────────
　　　　　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE