## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL BELLAMY, | ) | NO. CV 11-8468 RGK (FMO) |
|     Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| TERESER A. BANKS, Warden, | ) | |
|     Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed for lack of jurisdiction.

DATED: October 25, 2011

                                              /s/ Gary Klausner
                                        R. GARY KLAUSNER
                                      UNITED STATES DISTRICT JUDGE